UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROGER VANN SMITH

        Plaintiff / Movant,

v.

CLIFFORD B. JANEY, *et al.*,

        Defendants / Respondents.

CIVIL ACTION: 06-CV-01671 PLF

MOTION FOR THE APPOINTMENT OF COUNSEL FROM COURT'S CIVIL PRO BONO PANEL.

RECEIVED
OCT 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

    COMES NOW pro se plaintiff / movant Roger Vann Smith moving this Court for an order of appointment of counsel from the Civil Pro Bono Panel.

    In support of this motion plaintiff / movant submits his memorandum of points and authorities.

                             Respectfully submitted,

                             */s/ Roger Vann Smith*
                             Roger Vann Smith, pro se
                             467 Quincy Street
                             Brooklyn, New York 11221-1505
                             No Telephone

### CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing Motion for the Appointment of Counsel from the Civil Pro Bono Panel, Memorandum of Points and Authorities and Proposed Order were mailed postage prepaid this 14th day of October, 2006, to:

Erika Pierson, Deputy General Counsel
Office of the General Counsel
District of Columbia Public Schools
825 North Capitol Street, N. E., 9th Floor
Washington, DC 20002 –4202
Telephone: (202) 442-5000
Facsimile: (202) 442-5098

                             */s/ Roger Vann Smith*
                             ROGER VANN SMITH

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROGER VANN SMITH,

    Plaintiff / Movant,

v.

CLIFFORD B. JANEY, *et al.*,

    Defendants / Respondents.

CIVIL ACTION: 06-CV-01671 PLF

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE COURT'S APPOINTMENT OF COUNSEL FROM COURT'S CIVIL PRO BONO PANEL.**

---

1. The Age Discrimination in Employment Act of 1967 (Pub. L. 90-202) (ADEA), as amended, 29 USC, § 621, and the Civil Rights Act of 1991 (Pub. L. 102-166), grant plaintiff / movant attorneys' fees in the event his cause of action is sustained by the Court.

2. On September 29, 2006, His Honor Judge John D. Bates granted plaintiff / movant's motion to proceed with this Employment Discrimination lawsuit IFP.

3. Plaintiff / movant lacks the wherewithal to proceed in a procedurally civil manner to preserve his property interests under the law unless he is provided the assistance of counsel from the Court's Civil Pro Bono Panel.

4. The Court, viewing judicial economy, will be best served by the reduction in the number of motions required to economically move this case forward unless all parties have access to legal representation. And to accomplish this end plaintiff must be granted the assistance of counsel from the Court's Civil Pro Bono Panel.

5. Defendants have access to legal counsel from the DC Public Schools Office of the General Counsel, DC Office of the Attorney General and retained Outside General Counsels through the DC Office of the Chief Financial Officer. This fact alone places an unequal burden on the

justice system unless the Court grants plaintiff the appointment of counsel from its Civil Pro Bono Panel.

6. Plaintiff's motion without more balances, or tends to balance, the existing inequities between the parties, which exist due to the poverty of the plaintiff.

WHEREFORE, pro se plaintiff / movant Roger Vann Smith prays this Honorable Court will appoint him a counsel from the its Civil Pro Bono Panel and what other relief the Court may deem equitable.

Respectfully submitted,

Roger Vann Smith, pro se
467 Quincy Street
Brooklyn, New York 11221-1505
No Telephone

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROGER VANN SMITH

        Plaintiff / Movant,

v.                                        CIVIL ACTION: 06-CV-01671 PLF

<u>PROPOSED ORDER FOR THE
APPOINTMENT OF COUNSEL
FROM COURT'S CIVIL PRO
BONO PANEL.</u>

CLIFFORD B. JANEY, *et al.*,

        Defendants / Respondents.

---

Upon consideration of plaintiff / movant's motion for appointment of counsel from the Civil Pro Bono Panel, the record, and opposition, if any, by the defendants it is this ____ day of _____, 200_:

ORDERED that plaintiff / movant's motion is GRANTED, and it is

FURTHER ORDERED that all other matters pertaining to this case be transferred to the Civil Pro Bono Panel for reassignment.

So ordered.

                                                      _____
                                                      PAUL L. FRIEDMAN
                                                      United States District Judge
                                                      District of Columbia

Copies to:

Roger Vann Smith, pro se
467 Quincy Street
Brooklyn, New York 11221-1505

Erika Pierson, Deputy General Counsel
Office of the General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE 9th Floor
Washington, DC 20002-4202