UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER V. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01671 (PLF) |
| | ) |
| CLIFFORD B. JANEY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSE TO THE COMPLAINT

The defendants, by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to respond to Plaintiff's Complaint. Defendants request up to and including November 30, 2006.  Plaintiff's papers do not list a telephone number. Consequently, defense counsel was unable to contact plaintiff to obtain his consent to this motion.

The additional time is needed for counsel for defendants to investigate this matter, consult with the defendants and or agency personnel and to draft an appropriate response to the Complaint.

Wherefore, defendants respectfully request that this Court expand the time to file a responsive pleading up to and including November 30, 2006.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I


_____
MELVIN W. BOLDEN, JR. (# 1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

## CERTIFICATE OF SERVICE

    I certify that on the 1st day of November, 2006, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on Roger V. Smith, pro se, 467 Quincy Street, Brooklyn, New York 11221-1505

    Melvin W. Bolden, Jr.
    Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER V. SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil No. 1: 06CV01671 (PLF) |
| | ) |
| CLIFFORD B. JANEY, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. The record herein.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
KIMBERLY M. JOHNSON ( # 435163)
Section Chief, General Litigation Section I

_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER V. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV1671 (PLF) |
| | ) |
| CLIFFORD B. JANNEY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

Upon consideration of the Motion for Enlargement of Time File a Response to the Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of November, 2006

ORDERED: that the motion for enlargement of time to respond to the Complaint herein be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendants shall have up to and including November 30, 2006, to file their response to the Complaint.

_____
PAUL L. FRIEDMAN
United States District Judge

Roger V. Smith, pro se
467 Quincy Street
Brooklyn, New York 11221-1505

Case 1:06-cv-01671-PLF    Document 13    Filed 11/01/2006    Page 5 of 5