UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER V. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01671 (PLF) |
| | ) |
| CLIFFORD B. JANEY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

NOTICE OF APPEARANCE

The Clerk of the Court shall enter the appearance of Assistant Attorney General Melvin W. Bolden, Jr., as counsel for defendants.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. ( #1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
(202) 727-3625 ( FAX )

CERTIFICATE OF SERVICE

      I certify that on the 1st day of November, 2006, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on Roger V. Smith, pro se, 467 Quincy Street, Brooklyn, New York 11221-1505

                                      Melvin W. Bolden, Jr.
                                      Assistant Attorney General