FILED

NOV - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER V. SMITH,            )
                           )
        Plaintiff,         )
                           )
                           ) Civil No. 1: 06CV1671 (PLF)
                           )
CLIFFORD B. JANNEY, et al., )
                           )
        Defendants.        )
_____)

ORDER

Upon consideration of the Motion for Enlargement of Time File a Response to the Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this 3rd day of November, 2006

ORDERED: that the motion for enlargement of time to respond to the Complaint herein be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendants shall have up to and including November 30, 2006, to file their response to the Complaint.

PAUL L. FRIEDMAN
United States District Judge

Roger V. Smith, pro se
467 Quincy Street
Brooklyn, New York 11221-1505

copies to:

EDWARD A. O'CONNELL
Assistant United States Attorney
Criminal Division, OC&NT Section
555 4th Street NW, Room 4122
Washington, D.C. 23530
Office No. (202) 514-6997
Fax No.    (202) 514-8707


Brian K. McDaniel, Esq.
1211 Connecticut Avenue NW
Suite 506
Washington, DC 20036