UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
NOV - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROGER VANN SMITH                )
                                )
         Plaintiff,             )
                                )
    v.                          )   CIVIL ACTION NO. 06-CV-1671 (PLF)
                                )
CLIFFORD B. JANEY, et al.,      )
                                )
         Defendants.            )
                                )

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

COMES NOW plaintiff Roger Vann Smith, pro se, in response to defendants', by counsel, motion for additional time to investigate plaintiff's complaint, consult with the defendants and/or agency personnel, and draft an appropriate response thereto.

WHEREFORE, plaintiff prays that the defendants' motion for an enlargement of time be granted in equity.

Respectfully submitted,

Roger Vann Smith, pro se
467 Quincy Street
Brooklyn, New York 11221-1505
No Telephone

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing plaintiff's response to the defendants' motion for an enlargement of time to file a response to plaintiff's complaint was mailed postage prepaid this 8th day of November, 2006, to:

Melvin W. Bolden, Jr., Assistant Attorney General
441 Fourth Street, NW, Sixth Floor South
Washington, DC 20001-0001
Telephone: (202) 724-5695

ROGER VANN SMITH

1