UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER V. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01671 (PLF) |
| | ) |
| CLIFFORD B. JANEY, et al. | ) |
| | ) |
| Defendants. | ) |

MOTION FOR FURTHER ENLARGEMENT OF TIME
TO FILE A RESPONSE TO THE COMPLAINT

The defendants, by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to further enlarge the time in which to respond to Plaintiff's Complaint. Defendants have previously been granted an enlargement to November 30, 2006. Defendants request a further enlargement up to and including December 20, 2006. Plaintiff's papers do not list a telephone number. Consequently, defense counsel was unable to contact plaintiff by telephone to obtain his consent to this motion.

Plaintiff's complaint alleges that he has been discriminated against in his employment in violation of Title VII. , the Equal Pay Act, the Age Discrimination in Employment Act, the Americans with Disabilities Act of 1990 and 42 USC Section 1981. Defendant's counsel has obtained some records from the District of Columbia Public Schools but has not yet received complete records regarding plaintiff's various claims of discrimination as outlined above. The additional time is needed, therefore, for counsel for defendant to obtain additional DCPS records pertinent to plaintiff's various claims and to draft an appropriate response to the complaint.

Wherefore, defendants respectfully request that this Court expand the time to file a responsive pleading up to and including December 20, 2006.

    Respectfully submitted,

    EUGENE A. ADAMS
    Interim Attorney General
    for the District of Columbia


    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    Kimberly M. Johnson
    _____
    KIMBERLY M. JOHNSON (# 435163)
    Section Chief, General Litigation Section I

    Melvin W. Bolden, Jr.
    _____
    MELVIN W. BOLDEN, JR. (# 1921790)
    Assistant Attorney General
    441 Fourth St., N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 29th day of November, 2006, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on Roger V. Smith, pro se, 467 Quincy Street, Brooklyn, New York 11221-1505

    Melvin W. Bolden, Jr.
    Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER V. SMITH,            )
                           )
        Plaintiff,         )
                           ) Civil No. 1: 06CV01671 (PLF)
                           )
CLIFFORD B. JANEY, et al., )
                           )
        Defendants.        )
_____)

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF FURTHER MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. The record herein.

Respectfully submitted,

EUGENE A. ADAMS
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
KIMBERLY MATTHEWS JOHNSON ( # 435163)
Section Chief, General Litigation Section I


_____
 MELVIN W. BOLDEN, JR. (# 192179  )
 Assistant Attorney General
 441 Fourth St., N.W.
 Sixth Floor South
 Washington, D.C. 20001
 (202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER V. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV1671 (PLF) |
| | ) |
| CLIFFORD B. JANNEY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

Upon consideration of the Motion for Further Enlargement of Time File a Response to the Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of November, 2006

ORDERED: that the motion for enlargement of time to respond to the Complaint herein be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendants shall have up to and including December 20, 2006 to file their response to the Complaint.

_____
PAUL L. FRIEDMAN
United States District Judge


Roger V. Smith, pro se
467 Quincy Street
Brooklyn, New York 11221-1505