RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2006 DEC -8 PM 12: 35

FILING REPOSITORY

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROGER VANN SMITH                )
                                )
                  Plaintiff,    )
                                )
           v.                   )   CIVIL ACTION NO. 06-CV-1671 (PLF)
                                )
CLIFFORD B. JANEY, et al.,      )
                                )
                  Defendants.   )
_____)

### PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND SUCCESSIVE MOTION FOR AN ENLARGEMENT TO DECEMBER 20, 2006, TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

COMES NOW plaintiff Roger Vann Smith, pro se, in response to defendants', by counsel, second successive motion for additional time to investigate plaintiff's complaint, consult with the defendants and/or agency personnel, obtain documents and draft an appropriate response thereto.

Plaintiff Roger Vann Smith respectfully contends and states that in spite of the added delay to determine equity and justice in this matter now before this Honorable Court in excess of two months, and without more facts to substantiate the necessity for any further delay, it may be worthwhile and an appropriate means of determining the truth of the matters asserted for this Honorable Court to permit defendants through December 20, 2006, to respond to the complaint.

Furthermore, in spite of the hardship further delay places upon plaintiff's family to be without wrongfully denied healthcare, and based upon inter alia ADA violations alleged by the defendants, the added time considering the holiday season may be beneficial to

this Honorable Court, assist the defendants counsels and bring forth the truth of the defendants wrongful employment actions toward plaintiff.

WHEREFORE, plaintiff Roger Vann Smith prays defendants' second successive motion for an enlargement be granted with further and future equitable consideration of and for the hardships placed upon plaintiff.

Respectfully submitted

Roger Vann Smith, pro se
467 Quincy Street
Brooklyn, New York
11221-1505
No telephone

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing plaintiff's response to the defendants', by counsel, second successive motion for an enlargement to file a response to plaintiff's complaint was hand delivered this 8th day of December 2006, to:

Melvin W. Bolden, Jr.
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001-2714
Telephone: (202) 724-5695

ROGER VANN SMITH, PRO SE