UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER V. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01671 (PLF) |
| | ) |
| CLIFFORD B. JANEY, *et al.* | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR FURTHER ENLARGEMENT OF TIME
### TO FILE A RESPONSE TO THE COMPLAINT

The defendants, by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to further enlarge the time in which to respond to Plaintiff's Complaint. Defendants request up to and including December 20, 2006. Plaintiff's papers do not list a telephone number. Consequently, defense counsel was unable to contact plaintiff by telephone to obtain his consent to this motion.

Plaintiff's complaint alleges that he has been discriminated against in his employment in violation of Title VII, the Equal Pay Act, the Age Discrimination in Employment Act, the Americans with Disabilities Act of 1990 and 42 USC Section 1981. On December 20, 2006, defendants' counsel became ill during the day and had to leave the office before the response to the Complaint was completed. Defendants therefore respectfully request that it be given until Friday, December 22, 2006 to file their response to the Complaint.

Wherefore, defendants respectfully request that this Court expand the time to file a responsive pleading up to and including December 22, 2006.

Dated: December 20, 2006                Respectfully submitted,

                                                    EUGENE A. ADAMS
                                                    Interim Attorney General for the District of Columbia

                                                    GEORGE C. VALENTINE
                                                    Deputy Attorney General
                                                    Civil Litigation Division


                                                    /s/ Kimberly Johnson
                                                    KIMBERLY MATTHEWS JOHNSON
                                                    Chief, General Litigation I
                                                    D.C. Bar No. 435163


                                                    /s/ Wendel Hall
                                                    WENDEL V. HALL
                                                    Assistant Attorney General
                                                    D.C. Bar No. 439344
                                                    Suite 6S012
                                                    441 4th Street, N.W.
                                                    Washington, D.C. 20001
                                                    (202) 724-6608
                                                    (202) 727-0431 (fax)
                                                    E-mail: wendel.hall@dc.gov

CERTIFICATE OF SERVICE

    I certify that on the 20th day of December, 2006, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on Roger V. Smith, pro se, 467 Quincy Street, Brooklyn, New York 11221-1505

                                  Wendel V. Hall
                                  Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER V. SMITH,                         )
                                        )
            Plaintiff,                  )
                                        ) Civil No. 1: 06CV01671 (PLF)
                                        )
CLIFFORD B. JANEY, et al.,              )
                                        )
            Defendants.                 )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FURTHER MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. The record herein.

Dated: December 20, 2006            Respectfully submitted,

                                    EUGENE A. ADAMS
                                    Interim Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division


                                    /s/ Kimberly Johnson
                                    KIMBERLY MATTHEWS JOHNSON
                                    Chief, General Litigation I
                                    D.C. Bar No. 435163

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER V. SMITH, )
 )
        Plaintiff, )
 ) Civil No. 1: 06CV1671 (PLF)
 )
CLIFFORD B. JANNEY, et al., )
 )
        Defendants. )
_____)

### ORDER

Upon consideration of the Motion for Further Enlargement of Time File a Response to the Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of December, 2006,

ORDERED: that the motion for enlargement of time to respond to the Complaint herein be, and hereby is GRANTED; and it is,

FURTHER ORDERED: that the defendants shall have up to and including December 22, 2006, to file their response to the Complaint.

_____
PAUL L. FRIEDMAN
United States District Judge

cc:

Roger V. Smith, pro se
467 Quincy Street
Brooklyn, New York 11221-1505

Wendel V. Hall, Esq.
Assistant Attorney General
One Judiciary Square
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001