UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER VANN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.06CV01671PLF) |
| | ) |
| CLIFFORD B. JANEY, et al, | ) |
| | ) |
| | ) |
| Defendant. | ) |

DEFENDANTS JANEY, GREEN, BAZEMORE,DEMASI
AND BLACKWELLS' ANSWER
TO THE COMPLAINT

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

1. Defendants admit the existence of the statutory and Constitutional references in paragraph 1 of the Complaint but denies that jurisdiction is necessarily conferred on this court or these defendants solely by reason thereof.

2. Defendants admit that Roger Vann Smith is the plaintiff. The remaining allegations contained in paragraph 2 are conclusions of law and of the pleader to which no response is required.

3. The allegations contained in paragraph 3 are conclusions of law and of the pleader to which no response is required.

4. Defendants incorporate by reference their answers paragraphs 1 through 3.

5. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 5.

6. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 6.

7. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 7.

8. Defendants admit that on January 29, 2004, a position held by plaintiff was abolished. Defendants lack sufficient information to admit or deny the reamaining allegations in paragraph numbered 8.

9. Defendants admit on February 9, 2004 plaintiff was re-hired into the temporaty position of Contract specialist at Grade 12, step 1. with an annual salary of $45,629.00/. Plaintiff's benefits remained intact, including leave accrual and retirement contributions. Defendants lack sufficient information to admit or deny the remaing allegations contained in paragrph numbered 9.

10. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 10.

11. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 11.

12. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 12.

13. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 13.

14. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 14.

15. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 15.

16. The allegations contained in paragraph 16 are denied.

17. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 17.

18. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 18.

19. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 19.

20. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 20.

21. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 21.

22. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 22..

23. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 23..

24. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 24.

25. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 25.

26.     Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 26.

27.     Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 27.

28.     The allegations contained in paragraph numbered 28 are denied.

29.     Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 29.

30.     Defendants admit that plaintiff's was separated from his employment effective March 3, 2006. The remaining allegations contained in paragraph numbered 30 are denied.

31.     The allegations contained in paragraph numbered 31 are denied.

32.     The allegations contained in paragraph numbered 32 are denied.

33.     The allegations contained in paragraph numbered 33 are denied.

34.     The allegations contained in paragraph numbered 34 are denied.

35.     The allegations contained in paragraph numbered 35 are denied.

36.     Paragraphs 1 through 35 are incorporated herein by reference.

37.     Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 37.

38.     . Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 38.

39.     Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 39.

40.     The allegations contined in paragraph numbered 40 are denied.

41. Paragraphs 1 through 40 are incorporated herein by reference.

42. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 42..

43. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 43.

44. The allegations contained in paragraph numbered 44 are denied.

45. Paragraphs 1 through 44 are incorporated herein by reference.

46.. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 46..

47. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 47.

48.. The allegations contained in paragraph numbered 48 are denied.

49. Paragraphs 1 through 48 are incorporated herein by reference.

50. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 50..

51. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 51.

52. The allegations contained in paragraph numbered 52 are denied.

53. Paragraphs 1 through 52 are incorporated herein by reference.

54. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 54.

55. Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 55.

56    Defendants lack sufficient information to admit or deny the allegations in paragraph numbered 56.

57.   The allegations contained in paragraph numbered 57 are denied.

58.   The allegations contained in paragraph numbered 58 are denied.

59.   The allegations contained in paragraph numbered 59 are denied.

60.   The allegations contained in paragraph numbered 60 are denied.

61.   The allegations contained in paragraph numbered 61 are denied.

Further answering the complaint, defendants deny all allegations not specifically admitted or denied.

### Third Defense

Plaintiff has failed to exhaust his administrative remedies and failed to comply with other mandatory filing requirements.

### Fourth Defense

Plaintiff has failed to comply with the mandatory provisions of D.C. Code 12-309.

### Fifth Defense

Plaintiff might have failed to meet the applicable statute of limitations.

### Sixth Defense

Plaintiff has failed to mitigate any damages he may have incurred.

### Seventh Defense

At all times relevant hereto, defendant has acted toward plaintiff in accordance with applicable statutory, regulatory and other pertinent legal provisions.

### Eighth Defense

Plaintiff might have failed to timely file a grievance or otherwise failed to protect

herself from the alleged conduct.

### Ninth Defense

Plaintiff's EEOC/Human Rights claim might not have been filed in a timely manner.

### Tenth Defense

The complaint might not have been filed in a timely manner.

### Eleventh Defense

If plaintiff was injured and/or damaged as alleged in the complaint, said injuries or damages resulted from plaintiff's own willful conduct.

### Twelth Defense

Plaintiff would have been subjected to the alleged employment action even if she had not engaged in protected activity.

### Set-off

Defendant asserts a set-off for all funds and services provided to the plaintiff through Medicare, Medicaid, public assistance or other sources.

### Jury Demand

Defendants hereby demands a jury on all issues so triable.

Wherefore, defendants reuest that the Court dismiss the complaint and award it the Expense of litigation, costs and interest, and other such relief as the Court deems just and proper.

                                   EUGENE A. ADAMS
                                   Interim Attorney General
                                   for the District of Columbia, D.C

                                   GEORGE C. VALENTINE
                                   Deputy Attorney General
                                   Civil Litigation Division

                                                        _____
                                                        KIMBERLY M. JOHNSON ( # 435163)
                                                        Chief, General Litigation Section I

                                                        _____
                                                        MELVIN W. BOLDEN, JR. (#192170)
                                                        Assistant Attorney General
                                                        441 Fourth Street, N.W.
                                                        Sixth Floor South
                                                        Washington, D.C.
                                                        (202) 724-5695
                                                         Attorney for the Defendants


                                                        <u>Certificate of Service</u>

     I herby certify that a copy of the foregoing answer to the complaint was mailed postage prepaid to Roger Vann Smith, Esquire  467 Quincy Street, Brooklyn, N.Y 11221-1505 this  20th day of December, 2006.


                                                        _____
                                                        Melvin W. Bolden, Jr.
                                                        Assistant Attorney General