UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER VANN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.06CV01671(PLF) |
| | ) |
| CLIFFORD B. JANEY, et al, | ) |
| | ) |
| | ) |
| Defendant. | ) |

OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS[1]

Defendants, by and through counsel, hereby oppose Plaintiff's Motion for Judgment on the Pleadings. Plaintiff's motion asserts that "Plaintiff's complaint and summons were served upon each defendant named in the complaint on October 3, 2006, at 2:30 by delivery to Latisha Cannady, Legal Assistant, District of Columbia, District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002." See, Memorandum at para.2. The motion asserts that "defendant James Armstrong, failed to answer the complaint's averments when a responsive pleading was required and pursuant to Federal Rules of Civil Procedure Rule 8 (d), James Armstrong has admitted all of plaintiff's averment, other than those in conjunction with Rule 8(d) that aver monetary damage." See, Memorandum, para 4.

No order of judgment on the pleadings should be entered against James Armstrong because as set forth in the aforesaid Motion, service of process was

---

[1] Defendant takes no position on plaintiff 's request for appointment of a civil pro bono counsel.

ineffective. Pursuant to FRCP, Rule 4(e)(2), service upon individuals is effectuated by

> delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individuals dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

Plaintiff is not entitled to judgment on the pleadings because service of the summons and complaint was not effective as to James Armstrong as required by Rule 4(e)(2). As outlined in paragraphs 2 and 4 of plaintiff's memorandum plaintiff did not effect personal jurisdiction by serving plaintiff personally or by leaving copies at his dwelling house or usual place of abode. Plaintiff also asserts that he served a complaint on Oct 3, 2006 on Mr. Armstrong by "delivery to Latisha Cannady, a Legal Assistant, District of Columbia Public Schools, 835 North Capitol Street, NE, Washington, D.C. Although, plaintiff asserts he served Ms. Cannady, he does not represent much less prove that Ms.Cannady is an "agent authorized by appointment or by law to receive service of process" for Mr. Armstrong.

Notwithstanding plaintiff's failure to effectuate service of process in accordance with Rule 4, defendant Armstrong filed his answer to plaintiff's complaint on or about January 5, 2007. Thus, plaintiff's motion for judgment on the pleadings is moot. See, Defunis v. Obdegaard, 416 U.S. 312 (1974).

Wherefore, based upon the foregoing, defendants respectfully request that Plaintiff's Motion for Judgment on the Pleadings be denied.

>LINDA SINGER
>Acting Attorney General
>for the District of Columbia, D.C

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____

KIMBERLY M. JOHNSON ( # 435163)
Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____

MELVIN W. BOLDEN, JR. (#192179)
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C.
(202) 724-5695
Attorney for the Defendants

Certificate of Service

I herby certify that a copy of the foregoing Opposition to Motion for Judgment on the Pleadings was mailed postage prepaid to Roger Vann Smith, Esquire  467 Quincy Street, Brooklyn, N.Y 11221-1505 this 12th day of January, 2007.

Melvin W. Bolden, Jr.
_____

Melvin W. Bolden, Jr.
Assistant Attorney General