UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER VANN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.06CV01671(PLF) |
| | ) |
| CLIFFORD B. JANEY, et al, | ) |
| | ) |
| | ) |
| Defendant. | ) |

OPPOSITION TO MOTION FOR RECONSIDERATION

Defendants, by and through counsel, hereby oppose Plaintiff's Motion for Reconsideration. By Memorandum Opinion and Order dated April 19, 2007, the Court denied plaintiff's motion for judgmenton the pleadings determining that " plaintiff's own motion reveals that Mr. Armstorng had not been properly served." The Court further concluded that "to properly properly serve an individual defendant under Rule 4, a plaintiff must deliver the summons and compalint to the named defendant or his authorized agent. Fed. Rule Civ. P. 4(2)".  Service for Mr. Arstrong was accepted by Latisha Cannady a Legal Assistant employed by the District of Columbia Public Schools and plaintiff offered no proof that Ms. Kennedy was authorized to accept service for defendant Armstrong. See, e.g. Memorandum Opinion and Order, pp. 2 -3.

Motions for reconsideration are discertionary and should not be granted unless the movant presents newly discovered evidence or errors of law or fact which need correction. See, e.g., National Historic Trust v. Department of State  834 F. Supp. 453, 455 ( D.D.C. 1995). Moreover, it is inappropriate for the Court to entertain (a) motions that simply reassert arguments previously raised and rejected by the court; and (b)

arguments that should have been raised, but are now being raised for the first time in the " Motion for Reconsideration."  <u>National Historic Trust v. Department of State, Id</u>.

      Plaintiff motion presents no newly discovered evidence or errors of law or facts which need to be corrected. Moreover, plaintiff simply reasserts arguments previously raised or makess arguments that could have been raised in his previous filings with the Court. <u>See</u>, e.g., Plaintiff's Rebuttal to Defendants, by counsel, Opposition to Motion for Judgment on the Pleadings filed herein on January 17, 2007.

      Wherefore, based upon the foregoing, defendants respectfully request that Plaintiff's Motion for Reconsideration be denied.

      LINDA SINGER  
      Attorney General  
      for the District of Columbia, D.C

      GEORGE C. VALENTINE  
      Deputy Attorney General  
      Civil Litigation Division

      Kimberly M. Johnson  
      _____  
      KIMBERLY M. JOHNSON ( # 435163)  
      Chief, General Litigation Section I

      Melvin W. Bolden, Jr.  
      _____  
      MELVIN W. BOLDEN, JR. (#192179)  
      Assistant Attorney General  
      441 Fourth Street, N.W.  
      Sixth Floor South  
      Washington, D.C.  
      (202) 724-5695  
      Attorney for the Defendants

<u>Certificate of Service</u>

      I herby certify that a copy of the foregoing Opposition to Motion to Reconsider was mailed postage prepaid to Roger Vann Smith, Esquire 467 Quincy Street, Brooklyn, N.Y 11221-1505 this 14th day of May, 2007.

                                    Melvin W. Bolden, Jr.
                                    _____
                                    Melvin W. Bolden, Jr.
                                    Assistant Attorney General