UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER VANN SMITH, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>CLIFFORD B. JANEY, et al., )<br>)<br>Defendants. )<br>) | C.A. NO. - 1671 (PLF)<br>MOTION FOR APPEAL |

COMES NOW the plaintiff Roger Vann Smith, pro se, moving the court for an order of appeal to the United States Court of Appeals for the District of Columbia Circuit to contest the court's order dated July 17, 2007, received by the plaintiff July 26, 2007.

In support of this motion is plaintiff's memorandum of points and authorities.

Respectfully submitted,

Roger Vann Smith, Pro Se
467 Quincy Street
Brooklyn, New York 11221-1505
No telephone

### CERTIFICATE OF SERVICE

I hereby certify this 27th day of July, 2007 that a copy of this motion, memorandum of points and authorities and proposed order were mailed, postage pre-paid to the defendants legal counsel, to

Melvin W. Bolden, Jr.
Assistant Attorney General
441 4th Street, N. W. - 6th Floor South
Washington, D. C. 2001-2714

                                                                                        */s/ Roger Vann Smith*
                                                                                        ROGER VANN SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER VANN SMITH, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>)<br>)<br>)<br>)<br>CLIFFORD B. JANEY, et al., )<br>Defendants. )<br>)<br>_____) | C.A. NO. - 1671 (PLF)<br>MEMORANDUM OF POINTS<br>AND AUTHORITIES IN SUPPORT<br>OF PLAINTIFF'S MOTION FOR AN ORDER<br>OF APPEAL |

The entire record before the court from Docket Number 1, dated September 29, 2006, through Docket Number 28, dated July 17, 2007..

Respectfully submitted,

*[signature]*
Roger Vann Smith, Pro Se
467 Quincy Street
Brooklyn, New York 11221-1505
No telephone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER VANN SMITH,  )<br>  )<br>Plaintiff,  )<br>  )<br>V.  )<br>  )<br>  )<br>CLIFFORD B. JANEY, et al.,  )<br>Defendants.  )<br>  )<br>  ) | C.A. NO. - 1671 (PLF)<br>PROPOSED ORDER |

On consideration of the plaintiff's motion for an order of appeal to the United States Court of Appeals for the District of Columbia Circuit, the record before the court and opposition of the defendants, if any, IT IS HEREBY:

ORDERED that plaintiff's motion is GRANTED as a matter of right.

ORDERED this __ day of ____, 2007   _____
                                      PAUL L. FRIEDMAN
                                      United States District Court