UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROGER VANN SMITH,           )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Action No. 06-1671(PLF)
                            )
CLIFFORD B. JANEY, et al.,  )
                            )
        Defendants.         )
_____)

### ORDER

It is hereby ORDERED that plaintiff and counsel for the defendants shall confer pursuant to Rule 16.3(a) of the Local Civil Rules and Fed. R. Civ. P. 26(f) and shall submit their Joint Rule 16.3 Statement by August 30, 2007.

SO ORDERED.

_____          _____
Date                              PAUL L. FRIEDMAN
                                  United States District Judge