UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ROGER VANN SMITH,           )
                            )
         Plaintiff,         )
                            )
    v.                      )    CIVIL ACTION 06-1671 (PLF)
                            )
CLIFFORD B. JANEY, *et al.*,)
                            )
         Defendants.        )
_____)

RECEIVED
SEP - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RULE 10(b) (1) (B) CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED

COMES Now Plaintiff Roger Vann Smith, pro se, filing this written certificate stating that no transcript will be ordered for the United States Court of Appeals, District of Columbia Circuit for Case No. 07-7114 (Docketed 08/06/07). All proceedings have been by pleadings filed with the District Court

Respectfully submitted,

*[signature]*
Roger Vann Smith, pro se
467 Quincy Street
Brooklyn, New York
11221-1505
No Telephone

## CERTIFICATE OF SERVICE

I certify this 31st day of August 2007 that I mailed via first class mail, postage prepaid the following: (1) Rule 10 (b) (1) (B) Certification; (2) Docketing Statement for Appellate Case; (3) Statement of the Issues to be raised on Appeal; (4) Stipulation To Be Placed In Stand-By Pool of Cases; and, (5) Request to Enter Appellate Mediation Program, to counsel for the defendants, to-wit:

Melvin W. Bolden, Jr.
Assistant Attorney general
441 4th Street, NW – 6th Floor South
Washington, DC 20001-2714

_____
ROGER VANN SMITH