**Robert M. Morgan**
**Attorney at Law**
8270 Willow Oaks Corporate Dr.
Suite 602
Fairfax, VA 22031
703.289.8132 (direct)
rob.morgan@ps.net
240.465.0320 (e-fax)

∗ Admitted in DC, MD, & VA

November 27, 2007

Office of the Civil Clerk
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Re:    <u>Entry of Appearance</u>

Dear Madam or Sir:

Please note my appearance for plaintiff in the case of <u>Roger Vann Smith v. Clifford B. Janey et al.</u>, Civ. No. 06-1671 (PLF), pursuant to appointment from the Civil Pro Bono Panel.

Thank you.

                        Sincerely yours,



                        Robert M. Morgan


cc:    Melvin W. Bolden, Attorney for Defendants (by email)
       M.L. Sedgewick, Staff Attorney, Pro Se Unit (by email)