# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7114**                                         **September Term, 2007**

                                                                    06cv01671

                                                  Filed On: January 16, 2008

[1092763]
Roger Vann Smith,
        Appellant

    v.

Clifford B. Janey, Superintendent, DC Public Schools, et al.,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:
BY:                                            Deputy Clerk
ATTACHED:  ___ Amending Order
           ___ Opinion
           ___ Order on Costs

      **BEFORE:**    Ginsburg, Chief Judge, and Sentelle and Brown, Circuit Judges

### ORDER

Upon consideration of the motion to dismiss and the responses thereto, it is

**ORDERED** that the motion to dismiss be granted. The order filed July 17, 2007, did not dispose of the entire case and is thus not a final decision of the district court appealable under 28 U.S.C. § 1291. Appellant may seek review of that order, if necessary, on appeal from the district court's final judgment.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate only until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk