UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROGER VANN SMITH, | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | )   Civil Action No. 06-1671 (PLF) |
| v. | ) |
|  | ) |
|  | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
|  | ) |
| Defendants. | ) |

DEFENDANT'S RULE 26 (a)(1) DISCLOSURE

Pursuant to the Scheduling Order entered herein defendants hereby make the following Rule 26(a) (1) disclosures:

(A) Names of persons likely to have discoverable information that may assist Defendants in support of their defenses:

    Loretta Blackwell
    Director, Labor Management and Employee Relations
    Office of Human Resources
    825 North Capitol Street, N.E. 6Th Floor
    Washington, D.C. 20002
    (202) 442-4080

    Kevin A. Green
    Chief Procurement Office
    Office of Contracts and Acquisitions
    825 N. Capitol Street, N.E. 7Th Floor
    Washington, D.C. 20002
    (202) 442-5420

    Glorious Bazemore
    Office of Contracts and Acquisitions
    825 N. Capitol Street, N.E. Suite 7066
    Washington, D.C. 20002
    (202) 442-5111

Carl E. Williams (HRM)
Office of Contracts and Acquisitions
825 N. Capitol Street, N.E.
Washington, D.C. 20002

Janet A. Stump
Enforcement Supervisor
U.S. Equal Employment Opportunity Commission
1801 L Street, N.W. Suite 100
Washington, D.C. 20507
(202) 419-0700

Valarie A. Jones
EEO Counsel
Office of Human resources
825 N. Capitol street, N.E. 6th Floor
Washington, D.C. 20002
(202) 442-5424

(B)  A copy of, or description by category and location of, all documents, . . . that are in the possession, custody, or control of the party

    1)  Personnel file of Roger Vann Smith

    2)  EEOC file for Mr. Smith

    3)   Labor Management File

(C)  A computation of any category of damages claimed by the disclosing party. . . none

(D)  Any Insurance Agreements - The District is self-insured.


        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the
        District of Columbia


        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
(202) 727-3625 (FAX)
Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Defendants' Rule 26 Disclosures were mailed postage prepaid to Robert M. Morgan, Esquire, 8010 Riverside Drive, Cabin John, MD 20818-1627 this 23rd day of May, 2008.

        Melvin W. Bolden, Jr.
        _____

        MELVIN W. BOLDEN, JR.
        Assistant Attorney General