UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER VAN SMITH,**<br>467 Quincy Street<br>Brooklyn, New York 11221-1505<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**CLIFFORD B. JANEY**, *et al*<br><br>      **Defendants.** | ) Civil Action No.: 06 -1671<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of ERIC S. GLOVER, Assistant Attorney General for the District of Columbia, as counsel for the defendants Clifford Janey, Kevin Green, Glorious Bazemore, James Armstrong, Tony Demasi and Loretta Blackwell.

  Respectfully submitted,

  PETER J. NICKLES
  Acting Attorney General for the District of Columbia

  GEORGE C. VALENTINE
  Deputy Attorney General, Civil Litigation Division

       /s/ Patricia A. Jones
  PATRICIA A. JONES [428132]
  Chief, General Litigation Sec. IV

       /s/ ERIC S. GLOVER
  ERIC S. GLOVER [978841]
  Assistant Attorney General
  441 Fourth Street, N.W., Sixth Floor South
  Washington, D.C. 20001
  (202) 442-9754
  Eric.Glover@dc.gov