UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER VANN SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLIFFORD B. JANEY et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1671 (PLF) |

## FINAL ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the defendants' motion for judgment on the pleadings or, in the alternative, for summary judgment [40] is GRANTED and JUDGMENT is entered in favor of the defendants on the plaintiff's Title VII, ADA, ADEA, and Equal Pay Act claims; it is

FURTHER ORDERED that the plaintiff's unspecified claim under 42 U.S.C. § 1981 is DISMISSED for failure to state a claim upon which relief may be granted; and it is

FURTHER ORDERED that all other pending motions are DENIED as moot.

This is a final, appealable order. *See* Fed. R. App. P. 4.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 24, 2009